# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DORA VALLES, EDWENIA SADLER, MARCUS FALCO, ERICA LEIBENSPERGER, and JAMES FINLEY,<br><br>            *Plaintiffs*,<br>     v.<br><br>I.C. SYSTEM, INC.,<br><br>            *Defendant*. | Case No. 6:19-cv-00348-ADA-JCM |

## STIPULATION TO DISMISS PLAINTIFFS DORA VALLES AND ERICA LEIBENSPERGER WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims of Dora Valles and Erica Leibensperger shall be dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

[SIGNATURE BLOCKS ON NEXT PAGE]

| | |
|---|---|
| Respectfully submitted,<br>**HUGHES ELLZEY, LLP**<br><br>*/s/Jarrett L. Ellzey*<br>Jarrett L. Ellzey<br>Texas State Bar No. 24040864<br>jarrett@hughesellzey.com<br>W. Craft Hughes<br>Texas State Bar No. 24046123<br>craft@hughesellzey.com<br>1105 Milford Street<br>Houston, Texas 77006<br>TEL: (713) 322-6387<br>FAX: (888) 995-3335<br><br>***ATTORNEYS FOR PLAINTIFFS*** | Respectfully submitted,<br>**MALONE FROST MARTIN PLLC**<br><br>*/s/ Robbie Malone*<br>ROBBIE MALONE<br>Texas State Bar No.12876450<br>Email: rmalone@mamlaw.com<br>EUGENE XERXES MARTIN, IV<br>Texas State Bar No. 24078928<br>Email: xmartin@mamlaw.com<br>JACOB MICHAEL BACH<br>Texas State Bar No. 24100919<br>Email: jbach@mamlaw.com<br>**MALONE FROST MARTIN PLLC**<br>Northpark Central, Suite<br>1850 8750 North Central<br>Expressway Dallas, Texas 75231<br>TEL:(214)346-2630<br>FAX: (214)346-2631<br><br>***COUNSEL FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on <u>January 24, 2020,</u> and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

                                               <u>*/s/ Jarrett L. Ellzey*</u>
                                               Jarrett L. Ellzey