UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DORA VALLES, EDWENIA SADLER, MARCUS FALCO, ERICA LEIBENSPERGER, and JAMES FINLEY,<br><br>     *Plaintiffs*,<br>  v.<br><br>I.C. SYSTEM, INC.,<br><br>     *Defendant*. | Case No. 6:19-cv-00348-ADA-JCM |

**STIPULATION TO DISMISS PLAINTIFFS EDWENIA SADLER, MARCUS FALCO AND JAMES FINLEY WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims of Edwenia Sadler, Macus Falco and James Finley shall be dismissed with prejudice. Each party shall bear its own costs and attorneys's fee.

[SIGNATURE BLOCKS ON NEXT PAGE]

| | |
|---|---|
| Respectfully submitted,<br>**HUGHES ELLZEY, LLP**<br><br>*/s/Jarrett L. Ellzey*<br>Jarrett L. Ellzey<br>Texas State Bar No. 24040864<br>jarrett@hughesellzey.com<br>W. Craft Hughes<br>Texas State Bar No. 24046123<br>craft@hughesellzey.com<br>1105 Milford Street<br>Houston, Texas 77006<br>TEL: (713) 322-6387<br>FAX: (888) 995-3335<br><br>***ATTORNEYS FOR PLAINTIFFS*** | Respectfully submitted,<br>**MALONE FROST MARTIN PLLC**<br><br>*/s/ Robbie Malone*<br>ROBBIE MALONE<br>Texas State Bar No. 12876450<br>Email: rmalone@mamlaw.com<br>EUGENE XERXES MARTIN, IV<br>Texas State Bar No. 24078928<br>Email: xmartin@mamlaw.com<br>JACOB MICHAEL BACH<br>Texas State Bar No. 24100919<br>Email: jbach@mamlaw.com<br>**MALONE FROST MARTIN PLLC**<br>Northpark Central, Suite 1850<br>8750 North Central Expressway<br>Dallas, Texas 75231<br>TEL: (214) 346-2630<br>FAX: (214)346-2631<br><br>***COUNSEL FOR DEFENDANT*** |

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on February 12, 2020 and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

> */s/Jarrett L. Ellzey*
> Jarrett L. Ellzey